J. Andrew Coombs (SBN 123881)
*andy@coombspc.com*
Annie S. Wang (SBN 243027)
*annie@coombspc.com*
J. Andrew Coombs, A Prof. Corp.
517 E. Wilson Ave., Suite 202
Glendale, California 91206
Telephone (818) 500-3200
Facsimile (818) 500-3201

Attorneys for Plaintiff
Nike, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Nike, Inc.,<br><br>              Plaintiff,<br>     v.<br><br>Fleifel New Step, Inc. d/b/a New Step Fashion, Richard Fleifel, and Does 1 through 10, inclusive,<br><br>              Defendants. | Case No. CV 07-2856 RMW<br><br>NOTICE OF CHANGE OF ADDRESS |

PLEASE TAKE NOTICE effective immediately, the address, phone and facsimile numbers of Plaintiff's counsel have been changed to:

J. Andrew Coombs, A Professional Corporation
517 E. Wilson Ave., Suite 202
Glendale, California 91206
Telephone: (818) 500-3200
Facsimile: (818) 500-3201

Dated: September 6, 2007

J. Andrew Coombs, A Professional Corp.

By: _____
     J. Andrew Coombs
     Annie S. Wang
Attorneys for Plaintiff
Nike, Inc.

Nike v. New Step, et al.: Notice of Change of Address

- 1 -

## PROOF OF SERVICE

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Los Angeles, and not a party to the above-entitled cause. I am employed by a member of the Bar of the United States District Court of California. My business address is 517 E. Wilson Ave., Suite 202, Glendale, California 91206.

On September 6, 2007, I served on the interested parties in this action with the:

NOTICE OF CHANGE OF ADDRESS

for the following civil action:

NIKE, INC. v. FLEIFEL NEW STEP, INC., et al.

by placing a true copy thereof in a sealed envelope. I am readily familiar with the office's practice of collecting and processing correspondence for mailing. Under that practice it would be deposited with the United States Postal Service on the same day with postage thereon fully prepaid at Glendale, California in the ordinary course of business. I am aware that on motion of the party served, service presumed invalid if postal cancellation date or postage meter is more than one day after date of deposit for mailing in affidavit.

Hector Chinchilla
Millennium Group
4861 Mission St
San Francisco, CA 94112

Place of Mailing: Glendale, California
Executed on September 6, 2007 at Glendale, California

Jeremy Cordero