J. Andrew Coombs (SBN 123881)
*andy@coombspc.com*
Annie S. Wang (SBN 243027)
*annie@coombspc.com*
J. Andrew Coombs, A Prof. Corp.
450 North Brand Blvd., Suite 600
Glendale, California 91203-2349
Telephone:  (818) 291-6444
Facsimile:   (818) 291-6446

Attorneys for Plaintiff, Nike, Inc.

Hector J. Chinchilla (SBN 126617)
*HChinchilla@migrp.com*
Millennium Group
4861 Mission Street
San Francisco, CA 94112
Telephone:  (415) 333-8217
Facsimile:   (415) 333-8271

Attorney for Defendants Fleifel New Step, Inc.
d/b/a New Step Fashion and Richard Fleifel

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Nike, Inc. | Case No. CV 07-2856 RMW |
| Plaintiff, | JOINT CASE MANAGEMENT STATEMENT |
| v. | |
| Fleifel New Step, Inc. d/b/a New Step Fashion, Richard Fleifel, and Does 1 through 10, inclusive, | |
| Defendants. | |

The parties to the above-entitled action submit this Joint Case Management Statement and request the Court to adopt it as the Case Management Order in this case, pursuant to Federal Rule of Civil Procedure 16 and Civil L.R. 16-10(b).

### JOINT CASE MANAGEMENT STATEMENT

1.    Description/Principal Factual Issues in Dispute

Plaintiff Nike, Inc. ("Plaintiff" or "Nike") seeks money damages and injunctive relief against Defendants Fleifel New Step, Inc. d/b/a New Step Fashion and Richard Fleifel (collectively "Defendants") for counterfeiting and infringing Plaintiff's trademarks.  In particular, Plaintiff

alleges that Defendants were responsible for the distribution, promotion and sale on a wholesale basis of counterfeit footwear.

Defendants contend that Plaintiff overstates its position. The claim arises out of a purchase of goods in the ordinary cause of business for resale. Defendant had no reason to suspect any impropriety.

 2. <u>Principal Legal Issues in Dispute</u>

Plaintiff states it has evidence of purchase of counterfeit Nike footwear from the Defendants. Accordingly, Plaintiff identifies Defendants' willfulness and the extent of Defendants' profits as the principal issues in the case.

Defendants contend that Plaintiff overstates its position. The claim arises out of a limited purchase of goods in the ordinary cause of business for resale. Defendant had no reason to suspect any impropriety.

 3. <u>Other Issues (including those of jurisdiction and service)</u>

The Parties did not identify any jurisdictional or service issues in this matter.

 4. <u>Additional Parties</u>

The Parties do not, at this time, contemplate the amendment of pleadings for any reason, including the addition of new parties, but they acknowledge that information disclosed in discovery may make addition of new defendants prudent and a more efficient use of the Court's resources.

 5. <u>Motions</u>

Plaintiff believes a motion for summary judgment as to liability and/or entry of a preliminary injunction may be appropriate.

 6. <u>Evidence Preservation</u>

Defendants believe no special issues are presented in this regard.

 7. <u>Disclosures</u>

The parties agree that disclosures under Rule 26(a) (1) will be made on or before the scheduling conference.

 8. <u>Discovery</u>

Nike v. New Step:  Joint Case Management Statement   - 2 -

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

The parties do not believe that discovery should be conducted in phases, or limited to certain issues. The parties agreed that disclosures required under Rule 26 can be completed within the time limits specified in that Rule.

9.    Class Actions

Not applicable

10.    Related Cases

Not applicable.

11.    Relief

Plaintiff contends it may elect statutory or actual damages but is not prepared to make that election at this time. In any event, Plaintiff will seek entry of a permanent injunction.

12.    Settlement and ADR

The Parties have discussed settlement preliminarily during and before their early meeting. The Parties propose a settlement conference before the Magistrate Judge.

13.    Consent to Magistrate Judge for All Purposes

The Parties do not consent to assignment of this case to a United States Magistrate Judge for Trial.

14.    Other References

Not applicable.

15.    Narrowing of Issues

Not applicable.

16.    Expedited Schedule

Not applicable.

17.    Scheduling

The parties propose a discovery cutoff date of April 28, 2008.

The parties propose a final motion cutoff date of June 23, 2008.

The parties propose a pretrial conference date of August 4, 2008.

The parties propose a trial date of August 19, 2008.

18.     Trial Estimate

The Parties have requested trial by jury.  They estimate a trial of approximately three (3)-four (4) court days.

19.     Disclosure of Non-party Interested Entities or Persons

Plaintiff states that pursuant to Civil Local Rule 3-16, as of this date, there are no other interests involved other than the named parties.

Defendants concur with Plaintiff's position on this issue.

20.     Other Issues

The parties did not identify any other issues affecting case management.


Dated:  November 9, 2007              J. Andrew Coombs, A Professional Corp.


                                      By: _____
                                            J. Andrew Coombs
                                            Annie S. Wang
                                      Attorneys for Plaintiff, Nike, Inc.


Dated:  November 5, 2007              Millennium Group


                                      By: _____
                                            Hector J. Chinchilla
                                      Attorneys for Defendants Fleifel New Step, Inc.
                                      d/b/a New Step Fashion and Richard Fleifel


Nike v. New Step:  Joint Case Management Statement          - 4 -

## PROOF OF SERVICE

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Los Angeles, and not a party to the above-entitled cause. I am employed by a member of the Bar of the United States District Court of California. My business address is 517 E. Wilson Ave., Suite 202, Glendale, California 91206.

On November 13, 2007, I served on the interested parties in this action with the:

JOINT CASE MANAGEMENT STATEMENT

for the following civil action:

NIKE, INC. v. FLEIFEL NEW STEP, INC., et al.

by placing a true copy thereof in a sealed envelope. I am readily familiar with the office's practice of collecting and processing correspondence for mailing. Under that practice it would be deposited with the United States Postal Service on the same day with postage thereon fully prepaid at Glendale, California in the ordinary course of business. I am aware that on motion of the party served, service presumed invalid if postal cancellation date or postage meter is more than one day after date of deposit for mailing in affidavit.

Hector Chinchilla
Millennium Group
4861 Mission St
San Francisco, CA 94112

Place of Mailing: Glendale, California
Executed on November 13, 2007 at Glendale, California

Katrina Bartolome